# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. GASTELO, et al.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-06939-CJC (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: March 6, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE