JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ORTIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. GASTELO, et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-06939-CJC (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: March 6, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE